## ELECTRONIC RECORD

COA # 02-13-00018-CR    OFFENSE:   OTHER CRIMINAL

STYLE:   Aleksandr Goukasian v. The State of Texas    COUNTY:   Tarrant

COA DISPOSITION:   AFFIRM    TRIAL COURT:   Criminal District Court No. 2

DATE: 09/18/2014    Publish: NO   TC CASE #:   1215851D

## IN THE COURT OF CRIMINAL APPEALS

**1427-14**
**1428-14**

STYLE:   Aleksandr Goukasian v. The State of Texas    CCA #: _____

_APPELLANT'S_    Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_REFUSED_    JUDGE: _____

DATE: _02/04/2015_    SIGNED: _____    PC: _____

JUDGE: _Per Curiam_    PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD